IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL A. McGUIRE | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NUMBER |
| v. | ) |
| | )   2:11-CV-1027-WKW |
| CITY OF MONTGOMERY POLICE | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

DEFENDANT STRANGE'S EVIDENTIARY SUBMISSION

Defendant Strange, through counsel, submits the following evidentiary exhibits.

EXHIBIT              DESCRIPTION

A       Amended Information (redacted) filed October 25, 1985 in

         People of Colorado v. Michael A. McGuire, Case No. 85CR1903, Div. 1

         (El Paso County, Colo. District Court, 1985)

B       Judgment of Conviction: Sentence: and Order to Sheriff (Mittimus)

         in People of Colorado v. Michael A. McGuire,

         Case No. 85CR1903, Div. 1  (El Paso County, Colo. District Court, 1985)

C       Complaint and Motion for Temporary Restraining Order and Preliminary

Injunction

         Against Defendants in Michael A. McGuire v. City of Montgomery , et al.,

         No. CV-11-1320-TMH (Montgomery County Circuit Court, 2011)

D       Order dated October 31, 2011 in McGuire v. City of Montgomery

1

| EXHIBIT | DESCRIPTION |
|---|---|
| E | Amended Complaint and Motion for Temporary Restraining Order and Preliminary Injunction Against Defendants in McGuire v. City of Montgomery |
| F | Order dated November 16, 2011 in McGuire v. City of Montgomery |
| G | Defendant Strange's Opposition to Plaintiff's Motion for Preliminary Injunction in McGuire v. City of Montgomery |
| H | Defendant Strange's Motion to Dismiss in McGuire v. City of Montgomery |
| I | Plaintiff's Memorandum of Law in Opposition to Defendant Strange's Motion to Dismiss McGuire v. City of Montgomery |
| J | Plaintiff's Motion to Dismiss Without Prejudice in McGuire v. City of Montgomery |
| K | Final Order in McGuire v. City of Montgomery |

Respectfully submitted,

LUTHER STRANGE (ASB-0036-G42L)
*Attorney General*

BY:

s/ Winfield J. Sinclair
Winfield J. Sinclair (ASB-1750-S81W)
*Assistant Attorney General*

Peter J. Smyczek (ASB-9667-E66S)
*Assistant Attorney General*

ADDRESS OF COUNSEL

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: 334-242-7300
Facsimile: 334-353-8440
E-Mail: psmyczek@ago.state.al.us
       wsinclair@ago.state.al.us

Attorneys for Defendant Strange

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send electronic notice of the foregoing to counsel for the plaintiff, J. Mitchell McGuire, Esquire. I further certify that I have this date mailed a copy of the foregoing to the following:

Montgomery Police Department
Attn. Legal Department
103 North Perry Street
Montgomery, Alabama 36104

Chief Kevin J. Murphy
Montgomery Police Department
103 North Perry Street
Montgomery, Alabama 36104

Detective R. B. Gordon
Montgomery Police Department
103 North Perry Street
Montgomery, Alabama 36104

Detective T.A. LaChance
Montgomery Police Department
103 North Perry Street
Montgomery, Alabama 36104

Detective R.L. Duckett
Montgomery Police Department
103 North Perry Street
Montgomery, Alabama 36104

Detective A.L. Savell
Montgomery Police Department
103 North Perry Street
Montgomery, Alabama 36104

Montgomery County Sheriff's Department
Attn. Legal Department
115 South Perry Street
Montgomery, Alabama 36104

Sheriff D.T. Marshall
Montgomery County Sheriff
115 South Perry Street
Montgomery, Alabama 36104

Lieutenant Leigh Persky
Montgomery County Sheriff's Department
115 South Perry Street
Montgomery, Alabama 36104

Colonel Hugh B. McCall
Alabama Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36012

Hon. Lindsey Clements
Alabama Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36012

Hon. Eric Holder
United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

s/Winfield J. Sinclair
Assistant Attorney General