# Exhibit A

DISTRICT COURT, EL PASO COUNTY, COLORADO

Case No. 85CR1903   Division 1

## AMENDED INFORMATION

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiff,

vs.

MICHAEL A. McGUIRE,
Defendant(s).

FILED IN DISTRICT COURT
EL PASO COUNTY, COLORADO

OCT 25 1985

E. MARIE GARDNER
CLERK

Barney Iuppa, District Attorney for the Fourth Judicial District of the State of Colorado, in the name of and by the authority of the People of the State of Colorado, informs the Court of the commission of the following offense or offenses:

COUNT ONE: SEXUAL ASSAULT IN THE FIRST DEGREE (F-2)
On or about July 31, 1985, MICHAEL A. McGUIRE did unlawfully, feloniously and knowingly inflict sexual penetration and sexual intrusion on ▇▇▇▇▇▇▇▇▇▇, causing submission of ▇▇▇▇▇▇▇▇▇▇ through the actual application of physical force and physical violence; and MICHAEL A. McGUIRE was armed with a deadly weapon, to-wit: a knife, and used said deadly weapon to cause submission of ▇▇▇▇▇▇▇▇▇▇; In violation of Colorado Revised Statutes 18-3-402, as amended, Sexual Assault in the First Degree (F-2)

COUNT TWO: ASSAULT IN THE SECOND DEGREE (F-4)
On or about July 31, 1985, MICHAEL A. McGUIRE with intent to cause bodily injury to another, did unlawfully and feloniously cause and attempt to cause bodily injury to ▇▇▇▇▇▇▇▇▇▇, by means of a deadly weapon, to-wit: a knife and wine bottle; In violation of Colorado Revised Statutes 18-3-203, as amended, Assault in the Second Degree (F-4)

COUNT THREE: MENACING (F-5)
On or about July 31, 1985, MICHAEL A. McGUIRE by threat and physical action and by use of a deadly weapon, to-wit: a knife, did unlawfully, feloniously and knowingly place and attempt to place ▇▇▇▇▇▇▇▇▇▇, in fear of imminent serious bodily injury; In violation of Colorado Revised Statutes 18-3-206, as amended, Menacing (F-5)

AMENDED INFORMATION, p. 2          PEOPLE v. McGUIRE          85CR1903-1

Each foregoing offense was committed in El Paso County, Colorado, and violates the peace and dignity of the People of this State. The names and addresses of prosecution witnesses intended to be called at trial are listed on a separate document which is being filed, or has already been filed, with the court.

BARNEY IUPPA, District Attorney (#2799)

By _____ (12099 )
            Deputy District Attorney

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### AFFIDAVIT

EL PASO COUNTY           (See the Supplemental Affidavit filed together with)
COLORADO                 (this Information if an arrest warrant is requested.)

I, ROBERT B. HARWARD, a peace officer, being a person who is competent to testify and being sworn upon my oath, state that I have personal knowledge that each violation set forth in this Information was committed as charged.

x _Robert B. Harward_____
                    Affiant

Subscribed and sworn to before me on: Oct 4, 1985

(S E A L)

_Debra K Daigle_____
                    Notary Public
My commission expires: 7/30/88
Address: 326 S. Tejon, Colo. Spgs., CO 80903