# Exhibit B

| | | |
|---|---|---|
| DISTRICT COURT<br>COUNTY OF EL PASO<br>STATE OF COLORADO | JUDGMENT OF CONVICTION: SENTENCE:<br>AND ORDER TO SHERIFF (MITTIMUS) | ORIGINAL - RETURN TO COURT<br>Case Number 85CR1903<br>Div/Ct Rm 1/406 |

PEOPLE OF THE STATE OF COLORADO  vs
MICHAEL A. MCGUIRE
                                                                                                     Defendant

PEOPLE OF THE STATE OF COLORADO to the Sheriff of El Paso County, and the Executive Director of the Colorado Department of Corrections. On July 03 1986, the Defendant named above was present in Court, and was represented by Rick Calloway, DPD. The People were represented by Paul Metzger, DDA. The Defendant was arraigned in this Court upon an *Indictment, *Information, *Amended Information, previously filed, to which the Defendant *entered a plea of *Guilty, *Not Guilty, *Nolo Contendere, and *was found Guilty, *which plea of Guilty was accepted, *by a verdict of the jury, *by the Court, of the offense(s) of:**

CT 1:   FIRST DEGREE SEXUAL ASSAULT, CRS 1973, AS AMENDED, 18-3-402 F-2

CT 2:   SECOND DEGREE ASSAULT, CRS 1973 AS AMENDED, 18-3-203 F-4.

CT 3:   MENACING, CRS 1973 AS AMENDED, 18-3-206 F-5.

THE COURT has given the Defendant an opportunity to make a statement, and to present any information in mitigation of punishment. The People have been given an opportunity to be heard on any matter material to the imposition of sentence. It is now the Judgment and Sentence of the Court that the Defendant be sentenced *to the custody of the Executive Director of the Department of Corrections *to the -- County Jail at -- , Colorado for a term of

CT 1:   DEFENDANT SENTENCED TO DEPARTMENT CORRECTIONS FOR 10 YEARS.

CT 2:   DEFENDANT SENTNECED TO DEPARTMENT CORRECTIONS FOR 4 YEARS.

CT 3:   DEFENDANT SENTENCED TO DEPARTMENT CORRECTIONS FOR 2 YEARS.

*plus one year of parole. (Strike for Class 1)
and a fine of $ ---------- and costs of $         . JUDGMENT OF CONVICTION IS NOW ENTERED.
THE COURT finds that the Defendant has spent    287    days in confinement prior to this date for the offense(s) for which the defendant is being sentenced.
IT IS FURTHER ORDERED OR RECOMMENDED:

Victim Comp ____
Probation ____
Fees ____
Costs ____
Other ____

SENTENCES SHALL RUN CONCURRENT

THEREFORE, IT IS ORDERED that the Sheriff of  El Paso  County shall safely convey the Defendant to the *Colorado State Department of Corrections Diagnostic Unit at Canon City, Colorado, *the County Jail at , Colorado, to be State of Colorado as provided by law.

Date 07 03 86   Judge David D. Parrish

DAVID D. PARRISH

*Strike as to form.
**Indicate statutory section, subsection, and class after each count.

JDF-221D R 7/80    JUDGMENT OF CONVICTION: SENTENCE: AND ORDER TO SHERIFF (MITTIMUS)