# Exhibit D

IN THE CIRCUIT COURT OF MONTGOMERY, ALABAMA

MICHAEL A. MCGUIRE, )   CASE NUMBER: CV-11-1320
    PLAINTIFF,                               TMH

v. )

CITY OF MONTGOMERY, a municipal corporation
of the State of Alabama, KEVIN J. MURPHY, Chief of )
Police of Montgomery, Alabama, in his official and
individual capacities, COLONEL HUGH B. MCCALL, )
Director of the Alabama Department of Public Safety,
in his official and individual capacities, Lindsey Clements, )
Attorney for Alabama Department of Public Safety, both
personally and in her official capacity, being those persons )
or entities that participated in any manner whatsoever
and/or conspired in any manner whatsoever, whether )
directly or indirectly, regardless of knowledge aforehand,
in any act or omission relative to the events made the basis )
of the Plaintiffs' Complaint, all of whom are unknown
at the time of the filing of the Plaintiffs' Complaint )
but will be added by amendment when ascertained.

    DEFENDANT(S).

### ORDER

This matter having come before the Court on the Plaintiff's Complaint and Motion for Temporary Restraining Order and Preliminary Injunction Against Defendants, filed by the Plaintiff, by and through Counsel, and the Court having considered the same, it is hereby

ORDERED that a temporary restraining order is hereby issued to the Defendant's enjoining and restraining the Defendant's from pursuing any criminal charges against the Plaintiff for failing to register as a sex offender, pursuant to the Community Notification Act, *Alabama Code,* .

The Defendant's are enjoined and restrained from taking any such action pending an administrative hearing on this matter.

It is further ORDERED, ADJUDGED, and DECREED that the 30th day of November, 2011 at 10:30 o'clock ___.m. be set down for a hearing on this preliminary injunction in this cause.

DONE and ORDERED, this 31st day of October, 2011.

_____
Judge

STATE OF ALABAMA
MONTGOMERY COUNTY

I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the Order on file in said office.
Witness my hand and the seal of said Court is hereto affixed, this the 2 day of December, 2011

_____
CIRCUIT CLERK