# Exhibit F

ELECTRONICALLY FILED
11/16/2011 9:56 AM
CV-2011-001320.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
FLORENCE CAUTHEN, CLERK

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| MCGUIRE MICHAEL A, <br> Plaintiff, | ) <br> ) <br> ) |
| V. | ) Case No.: CV-2011-001320.00 <br> ) |
| CLEMENTS LINDSEY, <br> MURPHY KEVIN J CHIEF, <br> MCCALL HUGH B COLONEL, <br> MARSHALL D T HON ET AL, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) |

STATE OF ALABAMA
MONTGOMERY COUNTY

I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the Order on file in said office. Witness my hand and the seal of said Court is hereto affixed, this the 12th day of December, 2011.

/s/ Florence M. Cauthen
CIRCUIT CLERK

ORDER

Today the Court discovered that a TRO had gone out without the Court's knowledge. It comes as a great surprise to the Court because there was no hearing and the Court had no knowledge of the matter.

Apparently, the order was entered by a staff member who merely thought she was setting the matter for a hearing, and not entering an injunction.

Furthermore, even though the TRO would have now expired by the express terms of Rule 65, the Court rescinds its Order because the Petition for a TRO in no way complied with the requirements of Rule 65.

Therefore, the TRO is null and void and the hearing set for November 30, 2011 at 10:30 a.m. will go forward as scheduled.

DONE this 16th day of November, 2011.

/s/ TRUMAN M HOBBS
CIRCUIT JUDGE