# Exhibit J



IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| MICHAEL A. MCGUIRE, | * | |
| | * | |
| Plaintiff, | * | Civil Action Number |
| | * | |
| v. | * | CV-2011-1320-TMH |
| | * | |
| CITY OF MONTGOMERY, *et. al.*, | * | |
| Defendants. | * | |

PLAINITFF'S MOTION TO DISMISS WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Michael A. McGuire, and pursuant to the Rule 41, moves this Court to allow him to dismiss his Complaint without prejudice. In support of his motion, Plaintiff states as follows:

I.  **Procedural History**

Plaintiff filed his Complaint in this case on October 31, 2011 and his Amended Complaint on November 17, 2011 in the Montgomery County, Alabama Circuit Court. On November 17, 2011, the Court ordered the Temporary RO/Pre Null and Void as it did not comply with Rule 65. On November 23, 2011, Defendant Attorney General Strange filed a Motion to Dismiss pursuant to Rule 12(b). On November 25, 2011, Plaintiff, through counsel, filed Plaintiff's Memorandum of Law in Opposition to Defendant Strange's Motion to Dismiss.

II.  **Standard of Law**

Rule 41(a)(2) provides for voluntary dismissal of a case at the Plaintiff's instance "upon order if the court and upon such terms and conditions as the court deems proper." "Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice." Fed. R. Civ. P. 41(a)(2). Pursuant to Rule 41(a)(2), a Plaintiff, with the approval of the Court, may dismiss an action voluntarily and without prejudice to future litigation at any time during the litigation process. *McCants v. Ford Motor Company, Inc.*, 781 F.2d 855, 856 (11 Cir. 1986). Only if a defendant will suffer clear legal prejudice is denial of a motion for voluntary

dismissal warranted. *Id.* At 857. *See also Pontenberg v. Boston Scientific Corp.,* 252 F.3d 1253, 1255 (11th Cir.2001). "The prospect of a second lawsuit on the same set of facts is not sufficient legal prejudice to the defendant to justify denying Plaintiff's motion to dismiss without prejudice. *See Durham v. Fla. E. Coast Ry. Co.,* 385 F.2d 366 (5th Cir.1967)." *BMC-The Benchmark Management Co. v. Ceebraid-SignalCorp.,* 2007 WL 2126272 at *4 (N.D. Ga., July 23, 2007)(slip copy). *See also McCants,* 781 F.2d at 857.

### III.  Argument

Voluntary dismissal without prejudice should be permitted absent "clear legal prejudice" to the Defendants. *McCants v.Ford Motor Company, Inc.,* 781 F.2d at 856-57. In this case, no prejudice would result from a dismissal without prejudice to plaintiff's ability to refile. Defendants are aware of the claims; the initial Complaint was filed less than one month ago, and the parties have not vested time or money as yet in discovery. No counterclaims have been filed in the case.

### IV.  Conclusion

Because no prejudice to the Defendants would result from a dismissal without prejudice of Plaintiff's claims, the Court should allow Plaintiffs to voluntarily dismiss their claims with leave to refile.

/s/   J. Mitchell McGuire
J. Mitchell McGuire (ASB-8317-569M)
31 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 517-1000

### CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2011, I electronically filed the foregoing with the Clerk of the Court using AlaFile system which will send electronic notice of the foregoing to the counsel for the Defendant, Attorney General Luther Strange. I further certify that I have this date mailed a copy of the foregoing to the following:

Kevin J. Murphy
Chief of Police
City of Montgomery
103 North Perry Street
Montgomery, Alabama 36104

D.T. Marshall
Montgomery County Sheriff
115 S. Perry Street
Montgomery, Alabama 36104

Colonel Hugh B. McCall
Alabama Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36012

Hon. Lindsey Clements
Alabama Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36012

/s/   J. Mitchell McGuire
J. Mitchell McGuire

**STATE OF ALABAMA**
**MONTGOMERY COUNTY**

I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the _Plaintiff Motion to Dismiss_ on file in said office.

Witness my hand and the seal of said Court is hereto affixed, this the 12th day of December, 2011.

Florence M. Cauthen
**CIRCUIT CLERK**