# Exhibit K



AlaFile E-Notice

03-CV-2011-001320.00
Judge: TRUMAN M HOBBS

To: SINCLAIR WINFIELD JAMES
wsinclair@ago.state.al.us

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

MICHAEL A MCGUIRE  VS  CITY OF MONTGOMERY ET AL
03-CV-2011-001320.00

A court action was entered in the above case on 11/29/2011 10:28:16 AM

**C001 MCGUIRE MICHAEL A**

PLAINTIFF'S MOTION TO DISMISS

[Filer: MCGUIRE JOSEPH MITCHELL]

Disposition:    GRANTED
Judge:          TMH

Notice Date:    11/29/2011 10:28:16 AM

FLORENCE CAUTHEN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36104

334-832-4950

STATE OF ALABAMA
MONTGOMERY COUNTY
I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the _Final Order_ on file in said office. Witness my hand and the seal of said Court is hereto affixed, this the 12th day of _December, 2011_
_Florence M. Cauthen_
CIRCUIT CLERK



ELECTRONICALLY FILED
11/29/2011 10:28 AM
CV-2011-001320.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
FLORENCE CAUTHEN, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| MCGUIRE MICHAEL A,<br>Plaintiff,<br><br>V.<br><br>CLEMENTS LINDSEY,<br>MURPHY KEVIN J CHIEF,<br>MCCALL HUGH B COLONEL,<br>MARSHALL D T HON ET AL,<br>Defendants. | )<br>)<br>)<br>) Case No.:  CV-2011-001320.00<br>)<br>)<br>)<br>)<br>)<br>) |

### FINAL ORDER

PLAINTIFF'S MOTION TO DISMISS without prejudice filed by MCGUIRE MICHAEL A is hereby GRANTED.

**DONE this 29th day of November, 2011.**

                                                            **/s/ TRUMAN M HOBBS**
                                                            **CIRCUIT JUDGE**