# ALABAMA LAW ENFORCEMENT AGENCY
# Sex Offender Registration

**CHECK ONE:**
( ) New Registration
( ) Quarterly Registration
( ) Yearly Registration
(✓) Address Change
( ) Employment Change
( ) School Change
( ) Temporary Address
( ) Homeless

## Offender Information

**Full Name:** Last: MCGUIRE  First: MICHAEL  Middle: A.  Suffix:

**Social Security Number:** 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
**Birth Date:** 10/7/1954
**Place of Birth:** MONTGOMERY AL
**Blood Type:**

**Alternate SSN:**
**Alternate DOB:**
**Home/Cell Phone:** ( )
**Work Phone:** ( )

**Race:** African Am.
**Gender:** Male
**Hair Color:** BLK
**Eye Color:** Brown
**Height:** 5'7"
**Weight:** 180 lbs
**Skin Tone:** Brown

**Aliases/Nicknames/etc.:**
**Registration Status:** ( ) Absconded  (✓) Compliant  ( ) Unknown  ( ) Non-compliant

**Nearest Relative:**
Name: Betty L. McGuire
Relationship: Mother
Phone Number: (334)

### Offender's Address

**Mailing Address:** 31 Clayton Street
☐ Check if temporary
List Date Range:

**Street Address (if different):** I-65 / West South Blvd. (Homeless)
**Apartment #:**
**Time at this residence:** 3/25/2016

**City:** Montgomery
**County:** Montgomery
**State:** AL
**Zip Code:** 36104

**Are there any minors living at this address? (List names/age/relationship):** NO - HOMELESS ADDRESS IS A BRIDGE.

**Previous Address:**
**Street:** 492 Pecan Tree Dr
**Apartment #:**
**City:** Montgomery
**County:** Montgomery
**State:** AL
**Zip Code:** 36109

**Checked for warrants:** Y☐ N☐
**Outstanding warrants:** Y☐ N☐

**FBI Number:**
**SID Number:**
**AIS Number:**

**Any Cautions/Medical Conditions:**
**Scars/Marks/Tattoos:**

3-25-16
Mr. McGuire came in with a change of address. Accepted application @ 9:53 AM.

## Employment / School Information including day labor, volunteer, unpaid intern

**Occupation:** Offender's Position or Job Title: N/A

**Employer:**
Name: N/A
Address: N/A
Work Location (if different than employer address):

**School:** School Name:  School Address:

ALEA Form 47                                                                 1/1/2016

## Other Identifying Information

| Field | Value |
|---|---|
| Driver License/State ID numbers (include issuing State) | B423115 |
| Passport, Military ID, Immigration ID, Professional Licenses, etc. | N/A |
| Professional Licenses (include type and number) | N/A |
| Internet Identifiers/Addresses (Email, Facebook, Twitter, etc.) | N/A |
| Internet Service Provider (e.g., Charter, AT&T, etc.) | N/A |

## Offense Information

Offense (include code section if known): SEXUAL ASSAULT (ADULT FEMALE)
UCR Code: 
Offense Description:

| Date of Arrest | State of Crime | City of Crime | Court Case # | Disposition Date |
|---|---|---|---|---|
| 1985 | COLORADO | Colorado Springs | | |

**Victim**
- Age: 30
- Race/Gender: B/K
- Relationship: GIRLFRIEND

**Weapon**
- Type: KNIFE
- Make:
- Description: KITCHEN KNIFE

**Court** (Check one in each box)
- Jurisdiction: ☒ Out of State (☐ Alabama conviction, ☐ Military, ☐ Federal)
- Type: ☒ Adult (☐ Youthful Offender, ☐ Juvenile)
- Status: ☒ None (☐ Probation, ☐ Parole)
- DNA Available: ☒ Yes ☐ No

## Vehicle Information (including land, aircraft and watercraft vehicles)

Select: ☐ Personal  ☐ Work  ☒ Other: family member

| Type | Make | Model | Style/Color | Tag # / State | Year |
|---|---|---|---|---|---|
| SUV | GMC | ENVOY | GREY | PROVIDED PREVIOUSLY | 2002 |

Vehicle Identification #: PROVIDED PREVIOUSLY
Address vehicle is kept:
Plate Category:
Plate Type:
Year Expires:

Select: ☐ Personal  ☐ Work  ☐ Other _____

(empty second vehicle row)

---

By signing below, I affirm that all the information I have given is true and correct and is in compliance with the Alabama Sex Offender Registration and Community Notification Act. Failure to accurately complete and return this form could result in a felony conviction.

Offender Signature: [signature]   Date: 3-25-16

Reporting Officer Signature: _____   Date: _____

## Responsible Agency

| Field | Value |
|---|---|
| Reporting Officer | Lt Persky    Sergeant Oliver |
| Agency Name | Montgomery County Sheriff's Office |
| Address | 115 South Perry Street Montgomery, Alabama 36104 |
| Phone | 334-832-4980 |
| Contact Email | leighpersky@mc-ala.org   or   jessieoliver@mc-ala.org |

After verifying the offender information for accuracy and completeness, enter your agency identifying information and email or mail this form along with a current photograph and fingerprints of the offender to:

ALEA Sex Offender Registration Unit
P O Box 1511
Montgomery AL 36102-1511

sexoffender@alea.gov
Main   (334) 353-1172
Fax    (334) 353-2563